UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD MARTIN,

           Petitioner,          Case Number 2:11-CV-15034
                                            Honorable Gerald E. Rosen

KENNETH MCKEE,

           Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Gerald E. Rosen, Chief United States District Court Judge, presiding, and in accordance with the Opinion and Order entered on June 24, 2013.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is GRANTED with respect to Petitioner's first and second claims and DENIED with respect to his third claim.

Dated at Detroit, Michigan, this 24th, day of June, 2013.

                                                            DAVID J. WEAVER
                                                            CLERK OF THE COURT

APPROVED:
                                                            BY: s/Richard Loury
                                                           DEPUTY CLERK

s/ Gerald E. Rosen
HON. GERALD E. ROSEN
CHIEF JUDGE, UNITED STATES DISTRICT COURT